IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 26 PM 1: 26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.                  CR. NO. 05-20160-B

PHILLIP STAFFORD,
    Defendant.

ORDER DENYING MOTION TO SUPPRESS,
ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND SETTING

This cause came on for a Hearing on the Motion to Suppress on May 25, 2005. After considering the testimony of witnesses, the evidence submitted, and statements of counsel, the court denied the motion to suppress incorporating its factual findings and conclusions of law issued orally. At that time, counsel for the defendant declared that the case was ready for Trial.

The Court hereby sets the trial date for the Criminal Rotation Docket beginning Monday, June 6, 2005 at 9:30 a.m. noting the defendant's request that Trial be set during the second week of the rotation, Courtroom to be designated, Federal Building, Memphis, Tennessee.

The period from May 4, 2005 through June 17, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 26th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-26-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20160 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT