UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ub D.C.

05 JUN 13 PM 5: 39

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                                              Cr. No. 05-20160-B

PHILLIP STAFFORD,

    Defendant.

### ORDER GRANTING DEFENDANT'S
### MOTION TO CONTINUE TRIAL

For good cause shown, the trial in this matter is hereby **CONTINUED** to the next trial rotation docket, or until ___June 23___, 2005. at 2:00 pm

It is so **ORDERED**, this the 13th day of June, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20160 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT