IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 12 PM 1: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 05-20160-B |
| ) | |
| PHILLIP STAFFORD, ) | |
| Defendant. ) | |

### ORDER ON JURY VERDICT

This cause came on for trial on September 7, 2005, the United States Attorney for this District, Scott Leary, representing the Government, and the defendant, Phillip Stafford, appearing in person and with counsel, Randy Alden.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on September 9, 2005, and announced a verdict of GUILTY as to Counts 1 through 6 of the Superseding Indictment.

Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **Wednesday, November 3, 2005 at 1:30 p.m.** in Courtroom Number 1, on the 11th Floor, before Judge J. Daniel Breen.

Defendant was remanded to the custody of the U.S. Marshal.

ENTERED this the 12th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:05-CR-20160 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT